IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRIAN SMITH AND ASHLEY SMITH, Individually
and as Parents of CLAYTON SMITH, a Minor            PLAINTIFFS

VS.                    NO. 4:06CV00918

CARDINAL HEALTH 303, INC.
(Formerly known as Alaris Medical Systers, Inc. )   DEFENDANT

## ORDER

Pending are Defendant's motion to quash the notice of 30(b)(6) deposition of Defendant Cardinal Health (docket #22) and the University of Arkansas for Medical Sciences' ("UAMS") motion for leave to intervene for resolution of discovery issue.  (Docket # 31).  The deposition at issue in the motion to quash was scheduled September 24, 2007.  The Plaintiffs agreed to reschedule the deposition in anticipation of the current motion of the University of Arkansas for Medical Sciences, accordingly, the Court finds the motion to quash moot.

For good cause shown, the motion to intervene is GRANTED.  UAMS may file the motion for protective order within five (5) days of the entry of this Order.

IT IS SO ORDERED this 22nd day of October,  2007.

_____
James M. Moody
United States District Judge