IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRIAN SMITH AND ASHLEY SMITH, Individually
and as Parents of CLAYTON SMITH, a Minor                          PLAINTIFFS

VS.                              NO. 4:06CV00918

CARDINAL HEALTH 303, INC.
(Formerly known as Alaris Medical Systems, Inc. )                 DEFENDANT

## ORDER

The parties having notified the Court that the above case has settled, all pending motions are hereby denied as moot.

IT IS SO ORDERED this 27th day of December, 2007.

_____
James M. Moody
United States District Judge