*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

BRIAN SMITH and ASHLEY SMITH                                          PLAINTIFFS

vs.                              CASE NO. 4:06cv00918 JMM

CARDINAL HEALTH 303, INC.                                              DEFENDANT

## ORDER OF DISMISSAL

    Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

    The complaint and all claims in this action are hereby dismissed with prejudice as to all parties.

    IT IS SO ORDERED this 9th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE